Opinion issued June 18, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00056-CV

____________


IN THE INTEREST OF J.P.B. AND H.A.B.






On Appeal from the County Court at Law

Washington County, Texas

Trial Court Cause No. CCCL5682






MEMORANDUM OPINION

 Appellant John Boerschig has filed a motion to dismiss the appeal. More than
10 days have elapsed, and no objection has been filed. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Jennings, Alcala, and Higley.